```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12116
    CHANNET A ROBINSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-0508

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/06/2007 and was confirmed 08/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO BANK          CURRENT MORTG        .00            .00           .00
WELLS FARGO BANK          MORTGAGE ARRE     739.36            .00        739.36
COUNTRYWIDE HOME LENDING  NOTICE ONLY    NOT FILED            .00           .00
COOK COUNTY TREASURER     SECURED             .00             .00           .00
HITCHCOCK AND ASSOCIATES  PRIORITY       NOT FILED            .00           .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER  NOT FILED            .00           .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER     163.03          13.44          4.26
ASSET ACCEPTANCE LLC      UNSEC W/INTER     128.88            .00           .00
CAVALRY PORTFOLIO SERVIC  UNSEC W/INTER  NOT FILED            .00           .00
CENTRAL FURNITURE         UNSEC W/INTER  NOT FILED            .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED            .00           .00
CROSS COUNTRY BANK        UNSEC W/INTER  NOT FILED            .00           .00
DEBT CREDIT SERVICES      UNSEC W/INTER  NOT FILED            .00           .00
HILCO RECEIVABLES         UNSEC W/INTER  NOT FILED            .00           .00
IC SYSTEMS                UNSEC W/INTER  NOT FILED            .00           .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER     485.14          40.08         12.67
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER  NOT FILED            .00           .00
US DEPARTMENT OF EDUCATI  NOTICE ONLY    NOT FILED            .00           .00
NATIONWIDE CREDIT INC     UNSEC W/INTER  NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    2128.91         175.68         55.62
PROFESSIONAL ACCOUNT MGM  UNSEC W/INTER  NOT FILED            .00           .00
SYNERGETIC                NOTICE ONLY    NOT FILED            .00           .00
THE DIAMOND CENTER        UNSEC W/INTER  NOT FILED            .00           .00
EMCC                      UNSEC W/INTER     456.46          37.68         11.92
CENTRAL FURNITURE         SECURED NOT I    1614.60            .00           .00
ECMC                      UNSEC W/INTER    6330.61         435.20        165.40
THOMAS R HITCHCOCK        DEBTOR ATTY      1,852.50                     1,852.50
TOM VAUGHN                TRUSTEE                                         290.92
DEBTOR REFUND             REFUND                                           15.27

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12116 CHANNET A ROBINSON
```

```
                          RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   3,850.00

PRIORITY                                                 .00
SECURED                                               739.36
UNSECURED                                             249.87
    INTEREST                                          702.08
ADMINISTRATIVE                                      1,852.50
TRUSTEE COMPENSATION                                  290.92
DEBTOR REFUND                                          15.27
                        ---------------      ---------------
TOTALS                    3,850.00              3,850.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 12/22/08       _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE

                            PAGE   2
        CASE NO. 07 B 12116 CHANNET A ROBINSON